IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| RAFAEL RIVERA DELGADO | CASE NO. 10-10385 SEK |
| | Chapter 13 |
| XXX-XX-7327 | |
| | **FILED & ENTERED ON 03/07/2011** |
| Debtor | |

O R D E R

For the reasons stated in the Trustee's Motion to Dismiss filed on 01/31/2011, which has not been opposed, this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 7 day of March, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: ALL CREDITORS
DEBTOR
JOSE M PRIETO CARBALLO
ALEJANDRO OLIVERAS RIVERA